[No. 36449-2-II.   Division Two.   July 22, 2008.]

L.S., *Respondent*, v. TITUS-WILL FORD SALES, INC., ET AL., *Defendants*, MICHAEL R. DOLAJAK, *Appellant*, RICHY CARTER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-07726-9, Vicki L. Hogan, J., entered June 8, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.

[No. 36456-5-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY DEAN KNUTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00409-0, James E. Warme, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36486-7-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS L. TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-02128-6, Christine A. Pomeroy, J., entered June 29, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36487-5-II.   Division Two.   July 22, 2008.]

AMEDEO NAPPI, *Appellant*, v. CRISTY A. GUNDERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-00305-6, Chris Wickham, J., entered June 8, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.